UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B. a minor, by ANN BARBER, *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC.; PFIZER INTERNATIONAL, LLC; J.B. ROERIG & CO. GREENSTONE, LLC; MCKESSON CORPORATION, and DOES 1 to 100, <br><br> Defendants. | No. 13-CV-01006 JST <br><br> ~~PROPOSED~~ ORDER GRANTING CHANGE OF TIME FOR PLAINTIFFS TO FILE REPLY BRIEF |

PURSUANT TO STIPULATION, IT IS SO ORDERED ON THIS 29th day of July, 2013, that the Stipulated Request for Change of Time to File Reply Brief is GRANTED in its entirety. The Plaintiffs' shall file their Reply Brief within two days of the date of this Order.

IT IS FURTHER ORDERED that Defendants may file a Sur-reply Brief within seven days of this Order.

Dated: May 29, 2013

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE