QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorney for Defendants
PFIZER INC., including its former division J.B. ROERIG & CO., PFIZER INTERNATIONAL LLC, AND GREENSTONE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by ANN BARBER, Natural Guardian, and ANN BARBER, Individually; M.F., a minor, by ADRIENNE FARUGIA, Natural Guardian, and ADRIENNE FARUGIA, Individually; L.F., a minor, by JAMIE JONES, Natural Guardian, and JAMIE JONES, Individually; K.G., a minor, by SIERRA GALLAGHER, Natural Guardian, and SIERRA GALLAGHER, Individually; M.H., a minor, by MARY ANN HONN, Natural Guardian, and MARY ANN HONN, Individually; A.H., a minor, by MARTHA THOMPSON, Natural Guardian, and MARTHA THOMPSON, Individually; J.L., a minor, by EVELYN PARDO, Natural Guardian, and EVELYN PARDO, Individually; C.P., a minor, by STEPHANIE TUCKER, Natural Guardian, and STEPHANIE TUCKER, Individually; D.R., a minor, by SANDI RICHARD, Natural Guardian, and | CASE NO.: 3:13-cv-01006-JST<br><br>JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME |

| | |
|---|---|
| SANDI RICHARD, Individually; D.S., a minor, by DEBRA SCHEDLBAUER, Natural Guardian, and DEBRA SCHEDLBAUER, Individually; D.S., a minor, by AMANDA TEMPLE, Natural Guardian, and AMANDA TEMPLE, Individually; E.V.M., a minor, by CECILIA VASQUEZ, Natural Guardian, and CECILIA VASQUEZ, Individually, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PFIZER, INC; PFIZER INTERNATIONAL, LLC; J.B. ROERIG & CO.; GREENSTONE, LLC; MCKESSON CORPORATION, individually and D/B/A NORTHSTAR RX LLC; and DOES 1 THROUGH 100, Inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME

This Stipulation is entered into by and among the parties hereto, through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on March 6, 2013, Defendants Pfizer Inc., including its former division J.B. Roerig & Co., Pfizer International LLC, and Greenstone LLC (together, "Defendants") removed this case to this Court (Dkt. 1);

WHEREAS, on April 17, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") established the Zoloft multidistrict litigation ("MDL") to coordinate all federal product liability cases that allege birth defects due to maternal use of Zoloft, an antidepressant medication manufactured and sold by Pfizer Inc. *See In re Zoloft (Sertraline Hydrochloride) Prods. Liab. Litig.*, 856 F. Supp. 2d 1347 (J.P.M.L. 2012);

WHEREAS, on March 8, 2013, Defendants filed a Notice of Potential Tag-Along with the JPML, identifying this action as appropriate for inclusion in the Zoloft MDL (MDL No. 2342, Dkt. 357);

WHEREAS, on March 13, 2013, the Clerk of the Panel issued a Conditional Transfer Order ("CTO-35") (*see id.*, Dkt. 358), which, had it been finalized, would have transferred this action to the Zoloft MDL;

WHEREAS, on April 3, 2013, Plaintiffs moved to vacate CTO-35 (*see id.*, Dkt. 373);

WHEREAS, Plaintiffs' motion to vacate has been fully briefed and the JPML is scheduled to hear the motion during the next Panel hearing session on May 30, 2013;

WHEREAS, on March 12, 2013, this Court entered an Order setting a Case Management Conference for June 19, 2013;

WHEREAS, the parties have agreed to seek a continuance of the June 19, 2013, Case Management Conference and resultant deadlines, pending a decision by the JPML on transfer of this action to the Zoloft MDL;

WHEREAS, the parties have further agreed that they will submit a joint letter to this Court upon learning of the JPML's decision on transfer of this action to the Zoloft MDL, and, if the MDL motion is denied and this action remains in federal court, the parties will be available for a Case Management Conference at the Court's convenience, and, if possible, no later than 45 days after the JPML's decision;

WHEREAS, the requested continuance of the Case Management Conference scheduled for June 19, 2013, would have no effect on the hearing on Plaintiffs' Motion to Remand and Defendants' Motion to Stay, currently scheduled for June 20, 2013; and

WHEREAS, Plaintiffs and Defendants previously filed a joint stipulated request for an order extending the time for Plaintiffs to file a reply brief in support of their motion to remand (Dkt. 31). There have been no other time modifications in this case, either by stipulation or Court order.

THEREFORE IT IS HEREBY STIPULATED and JOINTLY REQUESTED that the June 19, 2013, Scheduling Conference and resultant deadlines be continued, as set forth above.

Dated: May 28, 2013

By: __/s/ Marissa C. Langhoff__
Marissa C. Langhoff, Esq.
Napoli Bern Ripka Shkolnik &Associates LLP
mlanghoff@napolibern.com
111 Corporate Drive Suite 225
Ladera Ranch, California 92694

By: __/s/ Karin Kramer__
Karin Kramer
*For Defendants Pfizer Inc., including its former division J.B. Roerig & Co., Pfizer International LLC, and Greenstone LLC*

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: __/s/ Karin Kramer__
Karin Kramer

*Attorneys for Defendants Pfizer Inc., including its former division J.B. Roerig & Co., Pfizer International LLC, and Greenstone LLC*



Dated: May 30, 2013

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME – 3:13-cv-01006-JST