UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.B., et al.,

        Plaintiffs,

   v.

PFIZER, INC., et al.,

        Defendants.

Case No. 13-cv-01006-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 12, 19

    A hearing on Plaintiffs' motion to remand and Defendants' motion to stay is scheduled for June 20, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are now under submission.

    **IT IS SO ORDERED**.

Dated: June 10, 2013

_____
JON S. TIGAR
United States District Judge